**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

LUIS DANIEL ANDINO SALGADO,

     Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
AND RESURGENT CAPITAL SERVICES LP,

     Defendants.

**Case No.: 3:26-cv-00917**

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to rule 7.1(a) of the federal rules of civil procedure, the undersigned counsel of record for plaintiff Luis Daniel Andino Salgado ("Plaintiff") hereby certifies that the following are the names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Luis Daniel Andino Salgado

2. Consumer Attorneys PLLC

3. Defendant Midland Credit Management, Inc.

4. Defendant Resurgent Capital Services LP

Dated: Flushing, New York
   June 8, 2026        Respectfully submitted,

         **CONSUMER ATTORNEYS PLLC**

         */s/ Emanuel Kataev, Esq.*
         Emanuel Kataev, Esq.
         6829 Main Street
         Flushing, NY 11367-1305
         (718) 412-2421 (office)
         (718) 489-4155 (facsimile)
         ekataev@consumerattorneys.com

         *Attorneys for Plaintiff*
         *Luis Daniel Andino Salgado*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: *<u>/s/ Amelia Ducat</u>*

2