AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ Yaear Weintroub _____ , Bar # _____ 6153431 _____ ,

was duly admitted to practice in this Court on _____ 11/12/2024 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Brooklyn _____ on _____ 05/29/2026 _____

*(Location)*        *(Date)*

Brenna B. Mahoney
_____
*CLERK OF COURT*

Ryan-O'neil Richards
_____
Deputy Clerk

