# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

LUIS DANIEL ANDINO SALGADO,

        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,
AND RESURGENT CAPITAL SERVICES LP,

        Defendants.

Case No.: 3:26-cv-00917-VAB

**NOTICE OF APPEARANCE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Local Rule 5(b), Yaear Weintroub of the

Consumer Attorneys PLLC enters his appearance as counsel for Plaintiff Luis Daniel Andino

Salgado in the above captioned matter. All pleadings, papers, and correspondence in this matter

should be served upon undersigned counsel.

Dated: June 26, 2026,

*/s/ Yaear Weintroub*
Yaear Weintroub, PHV #209096
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff,*
 *Luis Daniel Andino Salgado*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: <u>*/s/ Yaear Weintroub*</u>