**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO, | Case No.: 3:26-cv-00917-VAB |
| Plaintiff, | |
| v. | **SUMMONS RETURNED EXECUTED AS TO DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.** |
| MIDLAND CREDIT MANAGEMENT, INC., RESURGENT CAPITAL SERVICES LP, | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Luis Daniel Andino Salgado has served upon Defendant Midland Credit Management, Inc. copies of the following documents:

1) Issued Summons;

2) Complaint and Jury Trial Demand;

3) Civil Cover Sheet;

4) Certificate of Interested Parties;

5) Clerk's Notation of Certificate of Interested Parties;

6) Rule 7.1 Disclosure Statement;

7) Order on Pretrial Deadlines;

8) Electronic Filing Order;

9) Standing Protective Order;

10) Notice of Option to Consent to Magistrate Judge Jurisdiction;

11) Notice to Counsel and Litigants Regarding AI-Assisted Research;

12) Assignment to District Judge Victor A. Bolden.

1

Attached hereto is a copy of the Affidavit of Service.


Dated: July 29, 2026,

*/s/ Yaear Weintroub*
Yaear Weintroub, NY # 6153431
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.

**SUMMONS IN A CIVIL CASE**

**MIDLAND CREDIT MANAGEMENT, INC., ET AL.,**

CASE NUMBER: **3:26–CV–00917–VAB**

TO: **Midland Credit Management, Inc.,
Resurgent Capital Services LP**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – Breigh E Freberg**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026–06–09 15:10:22**, Clerk USDC CTD

| | |
|---|---|
| *Attorney or Party without Attorney:*<br> Emanuel  Kataev, Esq.<br> Sage Legal LLC<br> 18211 Jamaica Avenue<br> Jamaica, NY  11423<br>*Telephone No:* 718-412-2421<br><br>*Attorney for:* Plaintiff(s) | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court - District of Connecticut

*Plaintiff(s):* Luis Daniel Andino Salgado

*Defendant:* Midland Credit Management, Inc., et al.

| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br> 26CV00917VAB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

*2.* I served copies of the Summons in a Civil Case; Complaint and Jury Trial Demand; Civil Cover Sheet; Certificate of Interested Parties;  Clerk's Notation of Certificate of Interested Parties; Rule 7.1 Disclosure Statement; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; Notice to Counsel and Litigants Regarding AI-Assisted Research; Assignment to District Judge Victor A. Bolden

*3. a. Party served:*         Midland Credit Management, Inc.
 *b. Person served:*        Josh Swindell, Agent for Service

*4. Address where the party was served:*    Corporation Service Company
               2710 Gateway Oaks Dr. # 150N
               Sacramento, CA  95833

*5. I served the party:*
 a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jul. 14, 2026 (2) at: 1:15PM

*7. Person Who Served Papers:*           Recoverable Cost Per CCP 1033.5(a)(4)(B)
 a. Robert J. Mason          d.  *The Fee for Service was:*
 **b. Class Action Research & Litigation**    e.  I am: (3)  registered California process server
  P O Box 740              *(i)*   Independent Contractor
  Penryn, CA  95663          *(ii)*  Registration No.:   03-007
 c. (916) 663-2562, FAX (916) 663-4955    *(iii)* County:   Placer
                  *(iv)* Expiration Date:   Sun, Oct. 31, 2027

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date:  Wed, Jul. 15, 2026*

                       *(Robert J. Mason)*

| **Judicial Council Form**<br>**Rule 2.150.(a)&(b) Rev January 1, 2007** | **PROOF OF SERVICE**<br>**Summons & Complaint** | *emkat.301812* |
|---|---|---|