**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., RESURGENT CAPITAL SERVICES LP, <br><br> Defendants. | Case No.: 3:26-cv-00917-VAB <br><br><br> **SUMMONS RETURNED EXECUTED AS TO DEFENDANT RESURGENT CAPITAL SERVICES LP** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Luis Daniel Andino Salgado has served upon Defendant Resurgent Capital Services LP copies of the following documents:

1) Issued Summons;

2) Complaint and Jury Trial Demand;

3) Civil Cover Sheet;

4) Certificate of Interested Parties;

5) Clerk's Notation of Certificate of Interested Parties;

6) Rule 7.1 Disclosure Statement;

7) Order on Pretrial Deadlines;

8) Electronic Filing Order;

9) Standing Protective Order;

10) Notice of Option to Consent to Magistrate Judge Jurisdiction;

11) Notice to Counsel and Litigants Regarding AI-Assisted Research;

12) Assignment to District Judge Victor A. Bolden.

1

Attached hereto is a copy of the Affidavit of Service.


Dated: July 29, 2026,

*/s/ Yaear Weintroub*
Yaear Weintroub, NY # 6153431
CONSUMER ATTORNEYS PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorneys for Plaintiff,*
*Luis Daniel Andino Salgado*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**LUIS DANIEL ANDINO SALGADO,**

V.

### SUMMONS IN A CIVIL CASE

**MIDLAND CREDIT MANAGEMENT, INC., ET AL.,**

CASE NUMBER: **3:26–CV–00917–VAB**

TO: **Resurgent Capital Services LP**

Defendant's Address: c/o Corporation Service Company
100 Coastal Drive, Suite 210
Charleston, SC 29492

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev**
**Sage Legal LLC**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – Breigh E Freberg**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026–06–09 15:10:22**, Clerk USDC CTD

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY  11423<br>Telephone No: 718-412-2421 | | | | | |
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - District of Connecticut |

| Plaintiff(s): Luis Daniel Andino Salgado |
|---|
| Defendant: Midland Credit Management, Inc., et al. |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26CV00917VAB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Complaint and Jury Trial Demand; Civil Cover Sheet; Certificate of Interested Parties; Clerk?s Notation of Certificate of Interested Parties; Rule 7.1 Disclosure Statement; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; Notice to Counsel and Litigants Regarding AI-Assisted Research; Assignment to District Judge Victor A. Bolden

3.  a. Party served:          Resurgent Capital Services L.P.
    b. Person served:        Tara Raleigh, Authorized Agent

4.  *Address where the party was served:*          Corporation Service Co.
                                                    100 Coastal Drive, # 210
                                                    Charleston, SC  29492

5.  *I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jul. 15, 2026 (2) at: 1:42PM

7. *Person Who Served Papers:*          *Fee for Service:*          $123.10
    a. Melinda  Bowers
    b. **Class Action Research & Litigation**
       P O Box 740
       Penryn, CA  95663
    c. (916) 663-2562, FAX (916) 663-4955

8.  *I declare under penalty of perjury under the laws of the State of SOUTH CAROLINA and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
Summons & Complaint          Melinda Bowers          emkat.301813