AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Luis Daniel Andino Salgado | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00917-VAB |
| Midland Credit Management, Inc., Et Al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Midland Credit Management, Inc.                                                                        .

Date:        08/07/2026                                        /s/ Andrew Douglas Bullard
                                                                          *Attorney's signature*

                                                         Andrew Douglas Bullard (ct29802)
                                                              *Printed name and bar number*
                                                            Troutman Pepper Locke LLP
                                                                 1 Landmark Square
                                                                      Suite 1650
                                                                 Stamford, CT 06901
                                                                        *Address*

                                                         andrew.bullard@troutman.com
                                                                   *E-mail address*

                                                                  (203) 975-7505
                                                                 *Telephone number*

                                                                  (203) 975-7180
                                                                    *FAX number*