**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>          *Plaintiff,*<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>ET AL.,<br><br>          *Defendants*. | Cause No.: 3:26-cv-00917-VAB |

## CONSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S  COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7 (b) and Fed. R. Civ. P. 6, Defendant Midland Credit Management, Inc. ("Defendant") by and through its undersigned counsel, hereby moves for an extension of three weeks (21 days) from the date of this motion, up through and including, August 28, 2026, within which to file its answer to Plaintiff's Complaint.  *See* ECF No . 1.

Good cause exists for the extension of time requested herein because the undersigned counsel has just appeared contemporaneously with this motion.  The co-defendant has not yet appeared or responded to the Complaint and Plaintiff will suffer no prejudice based on this extension. Undersigned counsel has contacted Plaintiff's counsel and they have consented to this extension of time of 21 days.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant an extension of time of 21 days, up through and including, August 28, 2026, within which to file its answer to Plaintiff's Complaint.

- 1 -

332865145v1

DATED August 7, 2026

Respectfully Submitted,

*/s/ Andrew D. Bullard*
Andrew D. Bullard (ct29802)
Troutman Pepper Locke LLP
1 Landmark Square
Suite 1650
Stamford, CT 06901
Tel. No.: 203-975-7505
Fax: 203-975-7180
Email: andrew.bullard@troutman.com

***ATTORNEY FOR DEFENDANT MIDLAND
CREDIT MANAGEMENT, INC.***

- 2 -

332865145v1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 7, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

/s/ *Andrew D. Bullard*
Andrew D. Bullard

332865145v1