**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and RESURGENT CAPITAL SERVICES LP,<br><br><br><br>Defendants. | **Case No. 3:26-cv-00917-VAB** |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Resurgent Capital Services ("Resurgent" or "RCS") respectfully requests an extension of time to respond to the Complaint up to and including August 28, 2026. Pursuant to D. Conn. L. Civ. R. 7 (b) and Fed. R. Civ. P. 6, a party may file a motion seeking an extension of time after the time to respond to the Complaint has elapsed where there is good cause and excusable neglect. Fed R. Civ. P. 6(b)(1)(B).

"[T]he inquiry into whether a failure to abide by a specified time constraint constitutes 'excusable neglect' is 'at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission,' including prejudice to the other party, the reason for the delay, its duration, and whether the movant acted in good faith." *Hui Wang v. Omnio Hotels Mgmt. Corp.*, 607 F. Supp. 3d 219, 222 quoting *Raymond v. Int'l Bus. Machs. Corp.*, 148 F.3d 63, 66 (2d Cir. 1998).

Here, Resurgent acted promptly after discovering that the deadline to respond to the Complaint has passed, immediately contacting Plaintiff's counsel to seek consent for an extension and filing this Motion. As this Court has granted an identical request by Midland Capital Management to extend the time to Answer until August 28, 2026 and the Plaintiff **has consented to** Resurgent's requested extension, no prejudice to the other parties would exist by adopting this deadline for Resurgent. [ECF Docs. 18, 19]. Further, since the deadline for the only other defendant in this matter has already been extended through August 28, 2026, the same extension of time for Resurgent to respond would not delay the litigation of this matter. Resurgent has acted in good faith in seeking the requested extension and in resolving its deficiency.

**WHEREFORE,** Defendant respectfully requests that the Court grant Resurgent an extension of time, through and including August 28, 2026, within which to file its response to Plaintiff's Complaint.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Jonathan M. Robbin, Esq.*
Jonathan M. Robbin, Esq.
**J. ROBBIN LAW**
200 Business Park Drive, Suite 103
Armonk, New York 10504
T: (914) 685-5016
jonathan.robbin@jrobbinlaw.com
*Attorneys for Defendants,*
*Resurgent Capital Services, LP*