**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>*Plaintiff,*<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., ET AL.,<br><br>*Defendants.* | Cause No.: 3:26-cv-00917-VAB |

**CONSENTED-TO MOTION FOR SECOND EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

Pursuant to D. Conn. L. Civ. R. 7 (b) and Fed. R. Civ. P. 6, Defendant Midland Credit Management, Inc. ("Defendant") by and through its undersigned counsel, hereby moves for an additional one-week extension (7 days) from the date of this motion, up through and including, September 2, 2026, within which to file its answer to Plaintiff's Complaint. *See* ECF No. 1. Good cause exists for the extension of time requested herein because the undersigned counsel has investigated the allegations since appearing and requires only a short one-week extension to finalize the response in conjunction with the Defendant.

Undersigned counsel has contacted Plaintiff's counsel and they have consented to this extension of time of 7 days.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant an extension of time of 7 days, up through and including, September 2, 2026, within which to file its answer to Plaintiff's Complaint.



333658337v1

DATED August 26, 2026

Respectfully Submitted,

*/s/ Andrew D. Bullard*
Andrew D. Bullard (ct29802)
Troutman Pepper Locke LLP
1 Landmark Square
Suite 1650
Stamford, CT 06901
Tel. No.: 203-975-7505
Fax: 203-975-7180
Email: andrew.bullard@troutman.com

***ATTORNEY FOR DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 26, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Andrew D. Bullard*
Andrew D. Bullard