**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and RESURGENT CAPITAL SERVICES LP,<br><br>Defendants. | **Case No. 3:26-cv-00917-VAB** |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Resurgent Capital Services ("Resurgent" or "RCS") respectfully requests an additional extension of time of one-week (7 days) to respond to the Complaint, up to and including September 2, 2026. Pursuant to D. Conn. L. Civ. R. 7 (b) and Fed. R. Civ. P. 6, a party may file a motion seeking an extension of time after the time to respond to the Complaint has elapsed where there are good cause and excusable neglect. Fed R. Civ. P. 6(b)(1)(B).

Here, Resurgent has conducted a diligent investigation into this case and is requesting additional time to respond. Resurgent has contacted Plaintiff to request this extension, and **Plaintiff has consented** to the extension of time. As this Court has granted an identical request by Midland Capital Management to extend the time to Answer until September 2, 2026, and the Plaintiff **has consented to** Resurgent's requested extension, no prejudice to the other parties would exist by adopting this deadline for Resurgent. In fact, granting this extension for both Defendants will assist this matter in remaining on schedule going forward.

**WHEREFORE,** Defendant respectfully requests that the Court grant Resurgent an extension of time, through and including September 2, 2026, within which to file its response to Plaintiff's Complaint.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Jonathan M. Robbin, Esq.*
Jonathan M. Robbin, Esq.
**J. ROBBIN LAW**
200 Business Park Drive, Suite 103
Armonk, New York 10504
T: (914) 685-5016
jonathan.robbin@jrobbinlaw.com
*Attorneys for Defendants,*
*Resurgent Capital Services, LP*