**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>*Plaintiff,*<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., ET AL.,<br><br>*Defendants.* | Cause No.: 3:26-cv-00917-VAB |

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Midland Credit Management, Inc. ("Midland"), files this Rule 7.1 Disclosure Statement and states as follows:

Defendant Midland Credit Management, Inc. is a wholly-owned subsidiary of Encore Capital Group, Inc., which is a publicly traded corporation.

Midland reserves the right to supplement this disclosure.

DATED September 2, 2026

Respectfully Submitted,

*/s/ Andrew D. Bullard*
Andrew D. Bullard (ct29802)
Troutman Pepper Locke LLP
1 Landmark Square
Suite 1650
Stamford, CT 06901
Tel. No.: 203-975-7505
Fax: 203-975-7180
Email: andrew.bullard@troutman.com
***ATTORNEY FOR DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on August ____, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Andrew D. Bullard*
Andrew D. Bullard