**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br>*Plaintiff*,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., AND RESURGENT CAPITAL SERVICES LP,<br>*Defendant(s)*. | No. 3:26-cv-00917 (VAB) |

## SCHEDULING ORDER

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Initial disclosures due by **October 2, 2026**.
- Damages analysis due by **October 2, 2026**.
- Depositions of fact witnesses shall be completed by **January 8, 2027**.
- Designation of expert witnesses due by **June 18, 2027** (Plaintiff).
- Depositions of expert witnesses shall be completed by **August 20, 2027** (Plaintiff).
- Designation of expert witnesses due by **September 24, 2027** (Defendant).
- Depositions of expert witnesses shall be completed by **October 29, 2027** (Defendant).
- All discovery shall close by **October 29, 2027**.
- Dispositive motions due by **December 3, 2027**.
- Joint trial memorandum is due by **January 7, 2028**, or thirty (30) days after the Court rules on any dispositive motions.
- Trial ready date is **February 14, 2028**, or thirty (30) days after the joint trial memorandum is filed.

**SO ORDERED** at New Haven, Connecticut, this 22nd day of September, 2026.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge