**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., and RESURGENT CAPITAL SERVICES LP,<br><br>Defendants. | **Case No. 3:26-cv-00917-VAB** |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7 (b) and Fed. R. Civ. P. 6, Defendant Resurgent Capital Services ("Resurgent" or "RCS") respectfully requests an extension of time to respond to Plaintiff Luis Andino Salgado's ("Plaintiff") written discovery (the "Discovery Requests"), through and including November 30, 2026.

Resurgent Counsel has contacted Plaintiff's Counsel, and Plaintiff's Counsel has consented to the requested extension. This is the first request for an extension of time related to discovery in this matter.

This Court has received and granted an identical request for an extension made by Defendant Midland Credit Management ("Midland"). As such, the requested extension would not impact or delay any previously scheduled deadlines.

**WHEREFORE,** Defendant respectfully requests that the Court grant Resurgent an extension of time, through and including November 30, 2026, within which to file its response to Plaintiff's Discovery Requests.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Jonathan M. Robbin, Esq.*
Jonathan M. Robbin, Esq.
**J. ROBBIN LAW**
200 Business Park Drive, Suite 103
Armonk, New York 10504
T: (914) 685-5016
jonathan.robbin@jrobbinlaw.com
*Attorneys for Defendants,*
*Resurgent Capital Services, LP*