**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LUIS DANIEL ANDINO SALGADO,<br><br>*Plaintiff,*<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., ET AL.,<br><br>*Defendants.* | Cause No.: 3:26-cv-00917-VAB |

**<u>CONSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS</u>**

Pursuant to D. Conn. L. Civ. R. 7 (b) and Fed. R. Civ. P. 6, Defendant Midland Credit Management, Inc. ("Defendant") by and through its undersigned counsel, hereby moves for a second extension of time of one week (7 days) from the current deadline of November 30, 2026, up through and including, December 7, 2026, within which to complete its objections and responses to Plaintiff's First Request for Discovery consisting of interrogatories, requests for production, and requests for admissions ("Discovery Requests").

Undersigned counsel has contacted Plaintiff's counsel and they have consented to this extension of time of 7 days. This is the second request for an extension, requested in part to account for the impact of Thanksgiving week.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant an extension of 7 days to respond to Plaintiff's First Request for Discovery.

Dated: November 20, 2026

Respectfully Submitted,

*/s/ Andrew D. Bullard*

Andrew D. Bullard (ct29802)
Troutman Pepper Locke LLP
1 Landmark Square
Suite 1650
Stamford, CT 06901
Tel. No.: 203-975-7505
Fax: 203-975-7180
Email: andrew.bullard@troutman.com

***ATTORNEY FOR DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 20, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Andrew D. Bullard*
Andrew D. Bullard